ORIGINAL

CADES SCHUTTE LLP
A Limited Liability Law Partnership

MARTIN E. HSIA 0-2954
COLIN O. MIWA 0-2997
1000 Bishop Street, Suite 1200
Honolulu, Hawaii 96813-4216
Telephone: (808) 521-9200
Facsimile: (808) 540-5011
E-mail: mhsia@cades.com
E-mail: cmiwa@cades.com

Attorneys for Plaintiff and Counterclaim
Defendant TEEN CHALLENGE
INTERNATIONAL USA

LODGED
MAR 13 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAR 15 2007
at 9 o'clock and 32 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TEEN CHALLENGE INTERNATIONAL USA, a Missouri corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN D. ELLESON aka Reverend John D. Elleson; and CALVARY CHAPEL MINISTRIES, an Illinois eleemosynary corporation, dba Turning The Tide Ministries,<br><br>Defendants, | CIVIL NO. CV 05-00463 DAE/BMK (Trademark)<br><br>**STIPULATION FOR DISMISSAL OF REMAINING CLAIMS WITHOUT PREJUDICE; ORDER** |

JOHN D. ELLESON aka Reverend John D. Elleson; and CALVARY CHAPEL MINISTRIES, an Illinois eleemosynary corporation, dba Turning The Tide Ministries,

Counterclaim Plaintiffs,

v.

TEEN CHALLENGE INTERNATIONAL USA, a Missouri corporation,

Counterclaim Defendant,

JOHN D. ELLESON aka Reverend John D. Elleson; and CALVARY CHAPEL MINISTRIES, an Illinois eleemosynary corporation, dba Turning The Tide Ministries,

Third-Party Plaintiffs,

v.

THE GENERAL COUNCIL OF THE ASSEMBLIES OF GOD, a Missouri eleemosynary corporation, THOMAS TRASK, GEORGE NAGATO, DENNIS GRIFFITH, and JOHN CASTELLANI,

Third-Party Defendants.

Trial Date: November 6, 2007
Trial Judge: Hon. David A. Ezra

**STIPULATION FOR DISMISSAL OF REMAINING CLAIMS WITHOUT PREJUDICE**

WHEREAS, on July 26, 2005, Plaintiff TEEN CHALLENGE INTERNATIONAL USA ("Plaintiff") filed a Complaint For Trademark Infringement and Cybersquatting (the "Complaint") against Defendants JOHN D. ELLESON and CALVARY CHAPEL MINISTRIES (collectively, "Defendants");

WHEREAS, on September 12, 2005, Defendants filed their Answer To Complaint For Trademark Infringement and Cybersquatting Filed July 26, 2005, and their Counterclaim (the "Counterclaim") against Plaintiff and a Third-Party Complaint (the "Third-Party Complaint") against Third-Party Defendants THE GENERAL COUNSEL OF THE ASSEMBLIES OF GOD, THOMAS TRASK, GEORGE NAGATO, DENNIS GRIFFITH and JOHN CASTELLANI;

WHEREAS, on June 23, 2006, the Court entered an Order Granting Third-Party Defendant George Nagato's Motion To Dismiss (the "Nagato Dismissal Order"), pursuant to which Defendants' third-party claims against Third-Party Defendant GEORGE NAGATO, as set forth in the Third-Party Complaint, were dismissed;

WHEREAS, on November 21, 2006, the Court entered an Order Granting Third-Party Defendants The General Counsel of the Assemblies of God, Thomas Trask, Dennis Griffith and John Castellani's Motion to Dismiss Third Party Complaint Or For Summary Judgment as to Third Party Complaint; And

Granting Plaintiff's Motion For Summary Judgment Against Defendants' Counterclaim And Granting Plaintiff's Motion For Partial Summary Judgment on Plaintiff's Complaint (the "Third-Party Claim/Counterclaim Dismissal and Summary Judgment Order"), pursuant to which: (a) Defendants' third-party claims against Third-Party Defendants THE GENERAL COUNSEL OF THE ASSEMBLIES OF GOD, THOMAS TRASK, DENNIS GRIFFITH and JOHN CASTELLANI, as set forth in the Third-Party Complaint, were dismissed; (b) Defendants' counterclaims against Plaintiff TEEN CHALLENGE INTERNATIONAL USA, as set forth in the Counterclaim, were dismissed; and (c) partial summary judgment was granted in favor of Plaintiff and against Defendants on Counts I and VII of the Complaint, and on Plaintiff's claims for permanent injunction and for attorneys' fees and costs;

WHEREAS, on November 21, 2006, the Court entered an Order Granting Injunctive Relief in favor of Plaintiff and against Defendants (the "Permanent Injunction");

WHEREAS, with entries of the Nagato Dismissal Order, the Third-Party Claim/Counterclaim Dismissal and Summary Judgment Order, and the Permanent Injunction, the only remaining claims in this action are Plaintiff's claims for Trade Name or Service Mark Dilution in Violation of 15 U.S.C. § 1125(c) (Count II); Cyberpiracy by Registration of Identical or Confusingly

Similar Domain Names in Violation of 15 U.S.C. § 1125(d) (Count III); Cyberpiracy Under Haw. Rev. Stat. § 481B-22 (Count IV); Unfair Methods of Competition under Haw. Rev. Stat. § 480-2 (Count V); Injury to Business Reputation and Dilution in Violation of Haw. Rev. Stat. § 482-32 (Count VI); and Common Law Unfair Competition, Palming Off, Trade Name and Trademark Infringement (Count VIII) (collectively, the "Remaining Claims");

IT IS HEREBY STIPULATED AND AGREED, by and among all of the appearing parties herein through their respective counsel, that Plaintiff's Remaining Claims (namely Counts II, III, IV, V, VI, and VIII of the Complaint) against Defendants JOHN D. ELLESON and CALVARY CHAPEL MINISTRIES, shall be and hereby are, dismissed without prejudice, and said dismissal shall not affect or modify the Permanent Injunction, which shall remain in full force and effect;

AND, IT IS HEREBY STIPULATED AND AGREED, that each of the parties shall bear its own attorneys' fees and costs incurred in this action.

This stipulation is filed pursuant to Fed. R. Civ. P. Rule 41(a)(1)(ii). It has been signed by counsel for all parties who have made an appearance in this action. There are no remaining claims, parties, or issues. Trial was set to begin at 9:00 a.m., on November 6, 2007.

DATED: Honolulu, Hawaii, March 13, 2007.

CADES SCHUTTE LLP

MARTIN E. HSIA
COLIN O. MIWA
Attorneys for Plaintiff and
Counterclaim Defendant
TEEN CHALLENGE
INTERNATIONAL USA

DATED: Honolulu, Hawaii, March 7, 2007.

REINWALD O'CONNER &
PLAYDON LLP

DENNIS E.W. O'CONNOR
DENNIS E.W. O'CONNOR, JR.
Attorneys for Defendants, Counterclaimants,
Third-Party Plaintiffs
JOHN D. ELLESON and
CALVARY CHAPEL MINISTRIES

DATED: Honolulu, Hawaii, March 9, 2007, 2007.

TONGG AND TONGG

RONALD P. TONGG
Attorney for Third-Party Defendants
THE GENERAL COUNCIL OF
THE ASSEMBLIES OF GOD,
THOMAS TRASK, DENNIS GRIFFITH
and JOHN CASTELLANI

DATED: Honolulu, Hawaii, March 12, 2007.

LAW OFFICE OF CURTIS C. KIM

CURTIS C. KIM
Attorney for Third-Party Defendant
GEORGE NAGATO

**APPROVED AND SO ORDERED:**

JUDGE OF THE ABOVE-ENTITLED COURT

---